UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HART,<br><br>            Plaintiff,<br><br>     v.<br><br>TWC PRODUCT AND TECHNOLOGY LLC,<br><br>            Defendant. | Case No. 20-cv-03842-JST (JSC)<br><br>**DISCOVERY ORDER NO. 1** |

The district court has referred discovery in this action to the undersigned magistrate judge. On May 13, 2021, the Court had a discovery status conference with the parties. This Order confirms the matters discussed at the status conference.

**1. Preservation** – Plaintiff represented that the only device he used to access the app—his iPad—is being preserved. The Court encouraged Plaintiff to forensically image the iPad as soon as possible to avoid any argument that he has spoliated relevant evidence. The parties shall discuss Plaintiff's preservation concerns, if any.

**2. Document Production** – Defendant shall produce to Plaintiff the documents produced in the case brought by the LA City Attorney by June 3, 2021. Plaintiff will review these documents before propounding additional document requests, if any, on Defendant.

**3. Depositions** – The parties should wait until after written discovery has been provided to set deposition dates.

**4. Advertising ID(s)** – Plaintiff represented that by May 14, 2021 he will provide Defendant with the Advertising ID(s) for the devices on which he downloaded the TWC App.

To the extent that further discovery disputes arise, the parties shall follow the procedures outlined in the Court's Standing Order.

**IT IS SO ORDERED.**

Dated: May 13, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge