Nicholas W. Armstrong (Bar No. 270963)
Oscar M. Price, IV (admitted *pro hac vice*)
PRICE ARMSTRONG, LLC
1919 Cahaba Road
Birmingham, AL 35223
Phone: 205.706.7517
Fax: 205.209.9588
nick@pricearmstrong.com
oscar@pricearmstrong.com

*Attorneys for Plaintiffs Jon Hart, Alex Daniels, and Joshua Dunlap*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, Floor 22
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Anil Makhijani (*admitted pro hac vice*)
anilmakhijani@quinnemanuel.com
Casey Adams (admitted *pro hac vice*)
caseyadams@quinnemanuel.com
51 Madison Avenue, Floor 22
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant TWC Product and Technology LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HART, ALEX DANIELS, and JOSHUA DUNLAP,<br><br>Plaintiffs,<br><br>vs.<br><br>TWC PRODUCT AND TECHNOLOGY LLC,<br><br>Defendant. | Case No. 4:20-cv-03842-JST<br><br>Class Action<br><br>**JOINT STATUS REPORT** |

# JOINT STATUS REPORT

Pursuant to the Court's March 30, 2023 Order (Dkt. 198), Plaintiffs Jon Hart, Alex Daniels, and Joshua Dunlap (collectively "Plaintiffs") and Defendant TWC Product and Technology LLC ("Defendant" or "TWC," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, submit this Joint Status Report.

Since the Court entered its Order, the Parties have been diligently working to resolve this dispute and have agreed to a resolution in principle. The Parties are now working to memorialize and finalize that agreement. Accordingly, the Parties respectfully request that the Court enter an order setting a date in early June 2023, by which time the Parties will be able to either (1) confirm the matter has been resolved and file the paperwork necessary to finalize that resolution or (2) file a Joint Status Report advising on the status of the ongoing matter.

DATED: April 24, 2023				QUINN EMANUEL URQUHART & SULLIVAN, LLP

						By */s/ Stephen A. Broome*
						   Stephen A. Broome
						   Attorney for Defendant TWC
						   Product and Technology LLC


DATED:  April 24, 2023				PRICE ARMSTRONG LLC

						By */s/ Oscar M. Price*
						   Oscar M. Price, IV
						   Attorney for Plaintiffs Jon Hart, Alex Daniels, and Joshua
						   Dunlap

**ATTESTATION**

I, Stephen A. Broome, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Oscar M. Price, IV has concurred in this filing.

DATED: April 24, 2023  QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Stephen A. Broome*

Stephen A. Broome