UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWC PRODUCT AND TECHNOLOGY LLC, <br><br> Defendant. | Case No. 20-cv-03842-JST <br><br> **ORDER OF DISMISSAL UPON SETTLEMENT** <br><br> Re: ECF No. 202 |

The parties have filed a joint status report indicating that the parties "have agreed to a resolution in principle." ECF No. 202 at 2. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: April 25, 2023

_____
JON S. TIGAR
United States District Judge